# Order

Michigan Supreme Court
Lansing, Michigan

February 4, 2015

Robert P. Young, Jr.,
Chief Justice

150115

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARK STANLEY HOLLIS, JR.,
      Defendant-Appellant.

SC: 150115
COA: 322237
Oakland CC: 2012-243963-FH

_____/

      On order of the Court, the application for leave to appeal the July 30, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2015



Clerk

t0128